IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN CHRISTIAN MURRAY, :
:
    Petitioner :
:
  v. : CIVIL NO. 4:CV-15-1493
:
JOHN TUTTLE, : (Judge Brann)
:
    Respondent :

**ORDER**

February 8, 2017

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1. Respondent's motion to dismiss (Doc. 10) is **GRANTED.**

    2. Murray's habeas corpus petition is **DISMISSED WITHOUT PREJUDICE.**

    3. The Clerk of Court is directed to **CLOSE** this case.

4. Petitioner's motions to expedite (Doc. 17); amend caption (Doc. 15); and for preliminary injunctive relief (Doc. 18) are **DISMISSED AS MOOT**.

5. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

 s/   Matthew W. Brann
Matthew W. Brann
United States District Judge